IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ADM INVESTOR SERVICES, INC.,      )
                                  )
                Plaintiff,        )
                                  )
        v.                        )      No.  06 C 6539
                                  )
THOMAS RAMSAY,                    )
                                  )
                Defendant.        )

MEMORANDUM ORDER

During the course of the February 22, 2007 status hearing in
this action, counsel for plaintiff ADM Investor Services, Inc.
("ADMIS") advised both counsel for defendant Thomas Ramsay
("Ramsay") and this Court that he understood the entry of a final
order in the Texas litigation between the parties was imminent.
And indeed, on the very next day ADMIS' counsel faxed to this
Court a copy of an order of dismissal of that case, reflecting
the order's having been signed on February 21 and filed in the
office of the District Clerk in Hopkins County, Texas on
February 23.

Much too much time has already been spent in procedural
skirmishes in this matter (it will be remembered that this
lawsuit is a refiling of an action that was brought months
earlier in 2006 and was then dismissed without prejudice because
of the then pendency of the Texas action).  This action is of
course no longer stayed, and this Court expects that on March 27
(the date this Court set for a next status hearing at the

conclusion of the February 22 hearing) the parties will report a great deal of progress in bringing the action to a point at which an early disposition will be possible.

_____
Milton I. Shadur
Senior United States District Judge

Date:  February 26, 2007