```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION

ADM INVESTOR SERVICES, INC.,      )
                                  )
               Plaintiff,         )
                                  )
     v.                           )    No.  06 C 6539
                                  )
THOMAS RAMSAY,                    )
                                  )
               Defendant.         )
```

## MEMORANDUM ORDER

ADM Investor Services, Inc. has recently filed its Reply to the Counterclaim of Thomas Ramsay. Unfortunately Reply ¶¶5, 7, 15, 18, 21, 22, 24 and 26 must be and are stricken (see App. ¶1 to State Farm Mut. Auto. Ins. Co. v. Riley, 199 F.R.D. 276, 278 (N.D. Ill. 2001)), with leave granted to file an appropriate amendment to the Reply correcting those flawed assertions on or before June 2, 2007.

_____
Milton I. Shadur
Senior United States District Judge

Date:  May 22, 2007